■ In the Matter of Arbitration between NEW YORK CENTRAL MUTUAL FIRE INSURANCE Co., Appellant, and RICHARD SMITH et al., Respondents. [665 NYS2d 994] —Order unanimously reversed on the law without costs and petition granted. Memorandum: Supreme Court erred in determining that an underinsurance offset provision of respondents' insurance policy is unenforceable. That provision is enforceable because the policy provides a single, combined liability limit for both uninsurance and underinsurance (*see, Matter of Allstate Ins. Co. [Stolarz—N. J. Mfrs. Ins. Co.]*, 81 NY2d 219, 223-224; *cf., Matter of United Community Ins. Co. v Mucatel*, 127 Misc 2d 1045, *affd without opn* 119 AD2d 1017, *affd* 69 NY2d 777 *for the reasons*

*stated at Special Term*). Thus, respondents, who recovered $10,000 from the tortfeasor's insurer, are entitled to no more than $15,000 in underinsurance coverage from petitioner, not the full $25,000 policy limit (*see, Matter of Nationwide Mut. Ins. Co. [Hunley]*, 210 AD2d 947; *see also, Matter of New York Cent. Mut. Fire Ins. Co. [McGill]*, 244 AD2d 865 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Notaro, J.—Arbitration.) Present—Denman, P. J., Hayes, Callahan and Fallon, JJ.